# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JEAN MARC MARIER,**
Appellant,

v.

**THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., etc. et al.,**
Appellee.

No. 4D19-628

[March 12, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Judge; L.T. Case No. CACE 17-004268.

Kenneth Eric Trent of Law Offices of Kenneth Eric Trent, Fort Lauderdale, for appellant.

Richard S. McIver and H. Michael Muñiz of Kass Shuler, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, KLINGENSMITH and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***